# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| April McDaniel and Gary McDaniel,<br>*Plaintiff*<br>v.<br>City of North Charleston, Sergeant Rob Kruger,<br>and PFC Clarence Habersham,<br>*Defendant* | Civil Action No.   2:16-cv-1087-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*

plaintiffs, April and Gary McDaniel, failed to prove by the greater weight of the evidence that defendants, Sergeant Rob Kruger and PFC Clarence Habersham, intentionally deprived plaintiffs of their Fourth Amendment right to be free from unreasonable seizures.  It is further ordered that plaintiff's April and Gary McDaniel did prove by the greater weight of the evidence that defendant City of North Charleston was negligent and grossly negligent, and the plaintiffs, April and Gary McDaniel, shall recover from the defendant, City of North Charleston, actual damages in the amount of twenty-five thousand and .00/100 dollars ($25,000.00) as a result of defendant, City of North Charleston's negligence and gross negligence.

This action was:

 tried by a jury, the Honorable  David C. Norton, United States  District Judge   presiding.


Date:   March 23, 2018                                                                  *CLERK OF COURT*

                                                                                         s/Catina Murray

                                                                                *Signature of Clerk or Deputy Clerk*